UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY NELSON,

    Defendant.

_____/

Case No. 10-20420

SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW

## ORDER DENYING WITHOUT PREJUICE DEFENDANT'S MOTION TO REVOKE BOND [16]

Before the Court is Defendant's Motion to Revoke Bond [16] and the Government's Response [17].

Upon review of the filings,

**IT IS HEREBY ORDERED** that Defendant's Motion to Revoke Bond [16] is **DENIED WITHOUT PREJUDICE** to Defendant following the protocol set forth in the Government's response.

**SO ORDERED.**

    S/ARTHUR J. TARNOW
    Arthur J. Tarnow
    Senior United States District Judge

Dated: April 3, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 3, 2011, by electronic and/or ordinary mail.

    S/MICHAEL WILLIAMS
    Relief Case Manager