UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 10-20420

                    Plaintiff,               SENIOR   UNITED   STATES   DISTRICT
                                             JUDGE
v.                                           ARTHUR J. TARNOW

COREY NELSON,

                    Defendant.

_____/

### ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO REVOKE DETENTION ORDER [19]

Before the Court is Defendant's Motion to Revoke Detention Order [19].

Counsel for Defendant previously filed a similar motion [16] on March 29, 2011.  That motion was denied without prejudice to Defendant following the protocol set forth in the Government's response [17].  Defendant has alleged no basis for this Court to reconsider its prior order.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Revoke Detention Order [19] is **DENIED WITHOUT PREJUDICE** to Defendant following the protocol set forth in the Government's response [17].

**SO ORDERED.**

Dated:  April 22, 2011                       S/ARTHUR J. TARNOW
                                             Arthur J. Tarnow
                                             Senior United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 22, 2011, by electronic and/or ordinary mail.

S/MICHAEL L. Williams
Relief Case Manager